# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **DEFAULT JUDGMENT IN A CIVIL CASE**

**BOARD OF TRUSTEES OF THE LABORERS PENSION FUND OF LOCAL UNION NO. 186; BOARD OF TRUSTEES OF THE LABORERS' WELFARE FUND OF LOCAL 186; BOARD OF TRUSTEES OF THE LABORERS' LOCAL NO. 322 ANNUITY FUND; BOARD OF TRUSTEES OF THE LABORERS' LOCAL NO. 322 TRAINING AND EDUCATION FUND; and LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL UNION NO. 1822,**
               **Plaintiffs,**

1:18-CV-00583 (MAD/DJS)

vs.

**CASALE CONSTRUCTION SERVICES, INC.,**
               **Defendant.**

---

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' Motion for Default Judgment against Casale Construction Services, Inc. is **GRANTED;** the Court further **ORDERS** that the Clerk of the Court shall enter judgment in the amount of $204,813.77 against Casale Construction Services, Inc., consisting of (1) $146,516.70 in unpaid contributions and dues, (2) $22,638.15 in interest, (3) $25,958.40 in liquidated damages, (4) $1,760.00 in audit fees, and (5) $7,939.92 in attorneys' fees and costs, all of the above pursuant to the Memorandum-Decision and Orders of the Honorable Judge Mae A. D'Agostino, dated the 11th day of October, 2018 and the 19th day of November, 2018.

DATED: November 19, 2018

*[signature]*
Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk